UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-22621-Civ-COOKE/TORRES

RODRIGO SALTON MATTEVI,

    Plaintiff,

vs.

LINDA SWACINA, District Director, USCIA, Miami; UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, MIAMI DISTRICT,

    Defendants.

_____/

**ORDER REQUIRING RESPONSE**

    This matter is before me on the Plaintiff's Request for Hearing Before District Court and Complaint for Mandamus (ECF No. 1). Plaintiff alleges that his INS Form N-400, Application for Naturalization, has been pending before the United States Citizenship and Immigration Services for more than 120 days, without a decision. To efficiently, expeditiously, and economically resolve this dispute, it is **ORDERED** that, within sixty (60) days of this Order, the Defendants shall file their Response to the Request stating why the relief sought should not be granted.

    **DONE and ORDERED** in chambers at Miami, Florida, this 18th day of July 2014.

                                          _____
                                          MARCIA G. COOKE
                                          United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*